IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CAROLYN SUE CONSTANT**                                                                                  **PLAINTIFF**

**V.**                                         **3:13CV00120-JJV**

**CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration**                                                                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 20th day of May, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE